**Order entered July 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00143-CV

**CARL CRENSHAW, Appellant**

**V.**

**THE HOUSING AUTHORITY OF THE CITY OF DALLAS TEXAS CLIFF MANOR,**
**Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00061-A**

## ORDER

Before the Court is appellant's motion for extension of time to file his corrected brief.

We **GRANT** the motion and **ORDER** the corrected brief be filed no later than August 13, 2018.

/s/      DAVID EVANS
         JUSTICE